IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
| v. | : | DATE FILED: _____ |
| MICHAEL PIGFORD | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon - 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 27, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL PIGFORD,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, model M&P9, 9mm semi-automatic pistol, bearing serial number HMJ4753, loaded with 17 live rounds of ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, defendant

## MICHAEL PIGFORD

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including:

    1.    A Smith & Wesson, model M&P9, 9mm semi-automatic pistol, bearing serial number HMJ4753; and

    2.    17 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

                                              A TRUE BILL:

                                              **GRAND JURY FOREPERSON**

_____
**WILLIAM M. MCSWAIN**
**UNITED STATES ATTORNEY**

No. \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

**THE UNITED STATES OF AMERICA**

**vs.**

**MICHAEL PIGFORD**

**INDICTMENT**

Counts

18 U.S.C. § 922(g)(1)-( possession of a firearm by a felon – 1 count)
Notice of forfeiture

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____