IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 20-414** |
| | : | |
| **MICHAEL PIGFORD** | : | |

# ORDER

**AND NOW**, this 26th day of February 2021, upon considering Defendant's Motion for pretrial release (ECF Doc. No. 27), the United States' Response (ECF Doc. No. 31), review of the sealed medical records (ECF Doc. No. 28), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for pretrial release (ECF Doc. No. 27) is **DENIED** without prejudice.

_____
**KEARNEY, J.**