# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 20-414 |
| | : | |
| **MICHAEL PIGFORD** | : | |

# <u>ORDER</u>

**AND NOW**, this 14th day of April 2021, upon considering Defendant's Motion to suppress (ECF Doc. No. 34), the United States' Response (ECF Doc. No. 37), post-hearing briefing (ECF Doc. Nos. 45, 46), upon evaluating credibility of witness testimony and admitted exhibits during our evidentiary hearing, and for reasons in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED** Defendant's Motion to suppress (ECF Doc. No. 34) is **DENIED**.

_____
**KEARNEY, J.**