IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 20-414 |
| | : | |
| MICHAEL PIGFORD | : | |

## ORDER

AND NOW, this 6th day of June 2022, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 71), the United States' Opposition (ECF Doc. No. 76), review of the sealed medical records (ECF Doc. Nos. 73, 77), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion for compassionate release (ECF Doc. No. 71) is **DENIED** without prejudice.

_____
KEARNEY, J.