IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 20-414 |
| | : | |
| MICHAEL PIGFORD | : | |

## ORDER

**AND NOW**, this 28th day of February 2023, upon considering the incarcerated Defendant's second *pro se* Motion for compassionate release (ECF Doc. No. 82) after having denied his first motion a little over eight months ago (ECF Doc. No. 81), the United States' Response (ECF Doc. No. 85), the review of sealed medical records updated to address the Defendant's renewed claims (ECF Doc. No. 86), Defendant's Reply (ECF Doc. No. 89), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 82) is **DENIED**.

_____
KEARNEY, J.